IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ARTIE K. VOYLES,                          )
                                          )
                    Plaintiff,            )
                                          )
v.                                        )        Civil No.   19-cv-1392-RJD
                                          )
COMMISSIONER of SOCIAL SECURITY,          )
                                          )
                    Defendant.            )

## ORDER FOR ATTORNEY'S FEES

**DALY, Magistrate Judge:**

Before the Court is the parties' Agreed Motion to Award Attorney Fees (Doc. 22).   The motion is **GRANTED**.

The parties agree that Plaintiff is entitled to an award of attorney's fees and expenses in the amount of $6,628.79.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees and expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d)(1)(B).   The Court further finds that the agreed upon amount is reasonable and appropriate.   Accordingly, Plaintiff is awarded $6,628.79 for attorney fees and expenses in full satisfaction of any and all claims for attorney fees and expenses that may be payable to Plaintiff in this matter under the Equal Access to Justice Act, 28 U.S.C. § 2412.   If Plaintiff seeks costs, he must do so separately.

Any fees paid belong to Plaintiff and not Plaintiff's attorney and can be offset to satisfy any pre-existing debt the litigant owes the United States.   *Astrue v. Ratliff*, 560 U.S. 586 (2010). If Defendant can verify that Plaintiff does not owe a pre-existing debt to the government subject to the offset, Defendant will direct that the award be made payable to Plaintiff's attorney pursuant

to the EAJA assignment duly signed by Plaintiff and counsel.

**IT IS SO ORDERED.**

**DATED: December 16, 2020**

s/ *Reona J. Daly*
**Hon. Reona J. Daly**
**United States Magistrate Judge**